## ATTACHMENT 1

FILED/REC'D

2023 MAY 12  A 10:11

## COMPLAINT FORM

CLERK OF COURT
U.S. DISTRICT COURT
WD OF WI

(for non-prisoner filers without lawyers)

IN THE UNITED STATES DISTRICT COURT

FOR THE __Western__ DISTRICT OF __Wisconsin__

(Full name of plaintiff(s))

Joseph Zioze

vs

(Full name of defendant(s))

Miy-tek

Niles Shirts

Jon Schneider

FBI Guy that attacked me

Case Number:

__23    CV    314__   WMC

(to be supplied by clerk of court)

A.  PARTIES

1.  Plaintiff is a citizen of __Wisconsin__ and resides at
    (State)

    __W7723  Silvernagel  rd, New Lisbon, WI, 53950__
    (Address)

(If more than one plaintiff is filing, use another piece of paper).

Attachment One (Complaint) – 1

2. Defendant  Mix tek, Niles Shifts, Jon Schenider, The FBI Guy attacked me
_____
(Name)

is (if a person or private corporation) a citizen of _____
(State, if known)

and (if a person) resides at _____
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _____
___ (Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

1. Company called Mix tek, Employee named Niles Shifts, Owner Jon Schenider, and FBI Homo sexual That attacked me, Threatened me with a gun.

2. Jon Schenider allowed Niles to ask an illegal question with hand signals, Asking if I'm Gay, Giving me PTSD, Anxiety, Making conditions for employment not safe.

3. 12/2022

Attachment One (Complaint) – 2

4

4. Mik tek in an office

5. FBI is Mentally Retarded

C.  JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.  RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

Billion dollars

E.  JURY DEMAND

☐  Jury Demand - I want a jury to hear my case
                OR
☒  Court Trial – I want a judge to hear my case


Dated this __8th__ day of __May__ 20_23_.

Respectfully Submitted,

_____
Signature of Plaintiff

__608-547-1818__
Plaintiff's Telephone Number

__Joe2162az@gmail.com__
Plaintiff's Email Address

__W2723 Silvernagel rd, New Lisbon__

__WI, 53950__
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☒  I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐  I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.