IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOSEPH ZLOZA,

    Plaintiff,

v.

                                                          Case No. 23-cv-314-wmc

MIX TELE, NILES SHILTS, JON SCHENIDER,
and FBI GUY THAT ATTACKED ME,

    Defendants.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

/s/ Deputy Clerk                                              8/01/2023

Joel Turner, Clerk of Court                           Date